In re:  
Gary Waszcyszak  
    Debtor

Case No. 19-02633-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: PRadginsk    Page 1 of 2    Date Rcvd: Sep 18, 2019  
                      Form ID: ntcnfhrg    Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.

```
db            +Gary Waszcyszak,    125 10th Street,    Matamoras, PA 18336-1823
5224696        Bon Secours,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5212202       +Bon Secours Med Grp,    20 Grand St,    Warwick, New York 10990-1035
5212203       +CDK/Port Jervis Automot,    131-189 Kingston Ave,    Port Jervis, NY 12771-1341
5212204      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DIRECTV Customer Service,    ATTN Bankruptcy Claims,    P.O. Box 6550,
                 Greenwood Village, Colorado  80155)
5237360        Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
5212205       +Ditech Financial Services,    1100 Virginia Dr #100a,    Fort Washington, PA 19034-3276
5212206       +KML Law Group,    701 Market Street,    BNY Ind CTr Ste#5000,    Philadelphia, PA 19106-1538
5212207       +Linebarger Goggan,    61 Broadway, Ste 2600,    New York, New York 10006-2840
5212208       +MTA Business Service Center,    333 W. 34th Street,    9th Floor,    New York, New York 10001-2567
5212209        New York State Department of Taxation &,    Bankruptcy Section,    P O Box 5300,
                 Albany, New York 12205-0300
5212210       +PCLP,    105 Schneider Lane,    Milford, PA 18337-7845
5236715       +RHINEBECK BANK,    CORBALLY, GARTLAND AND RAPPLEYEA, LLP,    35 MARKET STREET,
                 POUGHKEEPSIE, NY 12601-3285
5212214       +Rhinebeck Bank,    2 Jefferson Plz,    Poughkeepsie, NY 12601-4060
5212216       +Transworld Systems, Inc.,    980 Harvest Drive, Suite 202,    Blue Bell, Pennsylvania 19422-1955
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 19:31:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5239271        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 19:43:10
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5224324        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 18 2019 19:29:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division, PO Box 280946,
                 Harrisburg PA 17128-0946
5212211       +E-mail/Text: aduffy@pikepa.org Sep 18 2019 19:29:43      Pike County Tax Claim Bureau,
                 506 Broad St.,    Milford, Pennsylvania 18337-1596
5212212       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 19:31:19
                 Portfolio Recovery Services,    PO Box 12914,    Norfolk, Virginia 23541-0914
5212213       +E-mail/Text: Supportservices@receivablesperformance.com Sep 18 2019 19:29:50
                 Receivables Performance Mgt,    20816 44th Ave W,    Lynwood, Washington 98036-7744
5212681       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 19:31:45       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5212215       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 19:31:11       Synchrony Bank,    P O Box 965004,
                 Orlando, Florida 32896-5004
5212217       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 18 2019 19:28:57
                 Verizon,    P.O. Box 28000,    Lehigh Valley, Pennsylvania 18002-8000
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                  Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Mark E. Moulton    on behalf of Debtor 1 Gary  Waszcyszak markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Gary Waszcyszak, | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−02633−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 16, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 23, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2019 |

ntcnfhrg (03/18)