Rev. 07/01/15

LOCAL BANKRUPTCY FORM 3007-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

GARY WASZCYSZAK

**Debtor(s)**

GARY WASZCYSZAK

**Objector**

v.

RHINEBECK BANK

**Claimant**

CHAPTER 13

CASE NO. 5-19-bk-02633

TO: RHINEBECK BANK ("Claimant")

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

GARY WASZCYSZAK filed an objection to the proof of claim you filed in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held:

| | |
|---|---|
| Max Rosenn US Courthouse, 197 S Main St, Courtroom #2 Wilkes-Barre, PA 18701 | Date: 11/22/2019 <br> Time: 09:30 |

**If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.**

Mark E. Moulton
Attorney for Objector

693 Route 739
(Address)
Hawley, PA 18428

570-775-9525
(Phone)
570-775-0676
(Facsimile)
markmoulton@moultonslaw.com
(Email)
89064
(Attorney ID No.)

Date of Notice: 10/21/2019

UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| GARY WASZCYSZAK | : | CASE NO.:  5-19-bk-02633-RNO |
| Debtor | : | |
| | : | |
| vs. | : | |
| | : | OBJECTION TO CLAIM # 3 |
| RHINEBECK BANK | : | |
| Claimant | : | |

### DEBTOR'S  OBJECTION  TO CLAIM # 3 OF RHINEBECK BANK

AND NOW, comes Debtor, by and through undersigned counsel Mark E. Moulton, and files this Objection to Claim Number 3 filed by Rhinebeck Bank for the following reason(s):

1. The Proof of Claim filed by Rhinebeck Bank is for a car which filer repossessed pre petition and is believed to have sold for value.
2. The filer had control of the Sale and did not obtain full nor fair value for the repossessed asset.
3. The filer has not credited any funds obtained from the sale as against the claim.

WHEREFORE, Debtor humbly requests your Honourable Court to find that Claim # 3 filed by Rhinebeck Bank was filed for an improper amount and then to strike the claim.

        Respectfully submitted,

BY:    /s/ Mark E. Moulton
            Attorney for Debtor

CERTIFICATE OF SERVICE

        AND NOW, this 21st day of October 2019, I, Mark E. Moulton, hereby certify that I served a copy of this Objection either electronically or by depositing the same in the United States Mail, at Hawley, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Corbally. Gartland and
Rappleyea. LLP
35 Market Street
Poughkeepsie NY 12601

Charles DeHart III. Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

                              /s/ Mark E. Moulton
                              For Debtor