**LOCAL BANKRUPTCY FORM 3015-3(a)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Gary Waszcyszak | : | **CHAPTER 13** |
| | : | |
| | : | **CASE NO.** 5 - 19 -bk- 2633 |
| | : | |
| | : | |
| | : | |
| **Debtor(s)** | : | |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, _____Gary Waszcyszak_____ , upon oath or affirmation, hereby certify as
follows:

1.  That the below information is being supplied for compliance with the confirmation
    hearing date on _____11/22/2019_____ .

2.  That all post-petition amounts that are required to be paid under any and all Domestic
    Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3.  That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section
    1308 have been filed.

4.  If this Certification is being signed by counsel for Debtor, that the Debtor was duly
    questioned about the statements in this Certification and supplied answers consistent with
    this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the
foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____11/14/2019_____        BY: s/Mark E. Moulton
                                          Counsel for Debtor

DATED: _____11/14/2019_____        BY: s/Gary Waszcyszak
                                          Debtor