UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| GARY WASZCYSZAK | : | CASE NO.: 5-19-bk-02633-RNO |
| Debtor | : | |
| | : | CHAPTER 13 |
| vs. | : | |
| | : | OBJECTION TO CLAIM # 3 |
| RHINEBECK BANK | : | |
| Claimant | : | |

### ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

THIS CASE came for consideration upon the Debtor's Objection to Claim No. 3 (Doc. No. 19) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No. 19) is sustained.

2. The claim is disallowed.

BY THE HONOURABLE COURT