```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 19-02633-RNO
Gary Waszcyszak                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: PamelaRad        Page 1 of 1              Date Rcvd: Dec 04, 2019
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
5236715        +RHINEBECK BANK,    CORBALLY, GARTLAND AND RAPPLEYEA, LLP,    35 MARKET STREET,
                POUGHKEEPSIE, NY 12601-3285

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Mark E. Moulton    on behalf of Debtor 1 Gary  Waszcyszak markmoulton@moultonslaw.com,
               staff@moultonslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| GARY WASZCYSZAK | : | CASE NO.: 5-19-bk-02633-RNO |
| Debtor | : | |
| | : | CHAPTER 13 |
| vs. | : | |
| | : | OBJECTION TO CLAIM # 3 |
| RHINEBECK BANK | : | |
| Claimant | : | |

## ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM

THIS CASE came for consideration upon the Debtor's Objection to Claim No. 3 (Doc. No. 19) (the "Objection"). The Court finds that the Objection was served on all interested parties informing the parties of their opportunity to object within thirty (30) days of the date of service. No party filed an objection within the time permitted. Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No. 19) is sustained.

2. The claim is disallowed.

Dated: December 4, 2019      By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Chief Bankruptcy Judge (DG)