UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| GARY WASZCYSZAK | : | CASE NO.: 5-19-bk-02633-RNO |
| Debtor | : | |
| | : | CHAPTER 13 |
| | : | |
| | : | |

## **ORDER**

AND NOW, this _____ day of March, 2020 , this matter having come before the Honourable Court on Debtor's Motion to Amend Plan, Post Confirmation, there being no objection to said amended plan after Notice and opportunity to object it is ORDERED that the 2nd Amended Plan filed 01/24/2020 is hereby CONFIRMED

BY THE HONOURABLE COURT