```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-02633-RNO
Gary Waszcyszak                                                     Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 1      Date Rcvd: Sep 18, 2020
                         Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2020.
         +Sharon E. Goerke,    125 10th Street,    Matamoras, PA 18336-1823

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2020 at the address(es) listed below:
       Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
       James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
       Laura Egerman    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
        bkyecf@rasflaw.com,    legerman@rasnj.com;ras@ecf.courtdrive.com
       Mark E. Moulton    on behalf of Debtor 1 Gary  Waszcyszak markmoulton@moultonslaw.com,
        staff@moultonslaw.com
       Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
       United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                       TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gary Waszcyszak <br>        Debtor(s) <br> _____ <br> Ditech Financial LLC <br>     v. <br> Gary Waszcyszak <br>     and <br> Sharon E. Goerke <br> Charles J. DeHart, III Esq. <br>       Additional Respondents | Chapter 13 <br><br> NO. 5:19-bk-02633 RNO |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on January 21, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Ditech Financial LLC and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 125 10th Street Matamoras, PA 18336.

Dated: September 18, 2020     By the Court,

*Robert N. Opel, II* (signature)

Robert N. Opel, II, Bankruptcy Judge   BI