# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     GARY WASZCYSZAK

                    Debtor(s)

                                                    CHAPTER 13

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                    Movant                          CASE NO: 5-19-02633-RNO

          vs.

          GARY WASZCYSZAK

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on December 3, 2020, Charles DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:     December 3, 2020                         Respectfully submitted,

                                                    /s/   Agatha R. McHale, Esquire
                                                    ID:  47613
                                                    Attorney for Movant
                                                    Charles J. DeHart, III
                                                    Standing Chapter 13 Trustee
                                                    8125 Adams Drive, Suite A
                                                    Hummelstown, PA 17036
                                                    Phone:  (717) 566-6097
                                                    Fax:  (717) 566-8313
                                                    eMail:  amchale@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GARY WASZCYSZAK

                        CHAPTER 13

           Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE              CASE NO: 5-19-02633-RNO
                  Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

        January 6, 2021 at 09:30 AM
        U.S. Bankruptcy Court
        Max Rosenn U.S. Courthouse
        197 S. Main Street
        Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 202.00**
**AMOUNT DUE FOR THIS MONTH:  $101.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE:  $303.00**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

       If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 3, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    GARY WASZCYSZAK

                                        CHAPTER 13

        Debtor(s)


        CHARLES J. DEHART, III                    CASE NO: 5-19-02633-RNO
        CHAPTER 13 TRUSTEE
        Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 3, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

MARK MOULTON, ESQUIRE                         UNITED STATES TRUSTEE
693 STATE ROUTE 739 STE 1                      SUITE 1190
LORDS VALLEY, PA  18428-                        228 WALNUT STREET
                                               HARRISBURG, PA  17101

Served by First Class Mail

GARY WASZCYSZAK
125 10TH STREET
MATAMORAS, PA  18336


I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 3, 2020              Liz Joyce
                                    for Charles J. DeHart, III, Trustee
                                    Suite A, 8125 Adams Dr.
                                    Hummelstown, PA  17036
                                    Phone:  (717) 566-6097
                                    eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    GARY WASZCYSZAK

                                  CHAPTER 13

          Debtor(s)

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
                   Movant                  CASE NO: 5-19-02633-RNO

        vs.

          GARY WASZCYSZAK          MOTION TO DISMISS

## **ORDER DISMSSING CASE**

       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-caption bankruptcy be and hereby is dismissed.