United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 19-02633-MJC
Gary Waszcyszak  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Oct 19, 2022      Form ID: ordsmiss      Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Waszcyszak, 125 10th Street, Matamoras, PA 18336-1823 |
| 5212202 | + | Bon Secours Med Grp, 20 Grand St, Warwick, New York 10990-1035 |
| 5212203 | + | CDK/Port Jervis Automot, 131-189 Kingston Ave, Port Jervis, NY 12771-1341 |
| 5212205 | + | Ditech Financial Services, 1100 Virginia Dr #100a, Fort Washington, PA 19034-3277 |
| 5212207 | + | Linebarger Goggan, 61 Broadway, Ste 2600, New York, New York 10006-2840 |
| 5212208 | + | MTA Business Service Center, 333 W. 34th Street, 9th Floor, New York, New York 10001-2567 |
| 5212209 | | New York State Department of Taxation &, Bankruptcy Section, P O Box 5300, Albany, New York 12205-0300 |
| 5212210 | + | PCLP, 105 Schneider Lane, Milford, PA 18337-7845 |
| 5212211 | + | Pike County Tax Claim Bureau, 506 Broad St., Milford, Pennsylvania 18337-1596 |
| 5236715 | + | RHINEBECK BANK, CORBALLY, GARTLAND AND RAPPLEYEA, LLP, 35 MARKET STREET, POUGHKEEPSIE, NY 12601-3285 |
| 5212216 | + | Transworld Systems, Inc., 980 Harvest Drive, Suite 202, Blue Bell, Pennsylvania 19422-1955 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Oct 19 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5224696 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 19 2022 18:47:35 | Bon Secours, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5212204 | | EDI: DIRECTV.COM | Oct 19 2022 22:43:00 | DIRECTV Customer Service, ATTN Bankruptcy Claims, P.O. Box 6550, Greenwood Village, Colorado 80155 |
| 5212206 | ^ | MEBN | Oct 19 2022 18:36:22 | KML Law Group, 701 Market Street, BNY Ind CTr Ste#5000, Philadelphia, PA 19106-1541 |
| 5320487 | | Email/Text: mtgbk@shellpointmtg.com | Oct 19 2022 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320488 | | Email/Text: mtgbk@shellpointmtg.com | Oct 19 2022 18:37:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5239271 | | EDI: PRA.COM | Oct 19 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5224324 | | EDI: PENNDEPTREV | Oct 19 2022 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5224324 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

|  |  |  | Oct 19 2022 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
|---|---|---|---|---|
| 5212212 | + | EDI: PRA.COM | Oct 19 2022 22:43:00 | Portfolio Recovery Services, PO Box 12914, Norfolk, Virginia 23541-0914 |
| 5212214 |  | Email/Text: collections@rhinebeckbank.com | Oct 19 2022 18:37:00 | Rhinebeck Bank, 2 Jefferson Plz, Poughkeepsie, NY 12601 |
| 5212213 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 19 2022 18:37:00 | Receivables Performance Mgt, 20816 44th Ave W, Lynwood, Washington 98036-7744 |
| 5212681 | + | EDI: RMSC.COM | Oct 19 2022 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5212215 | + | EDI: RMSC.COM | Oct 19 2022 22:43:00 | Synchrony Bank, P O Box 965004, Orlando, Florida 32896-5004 |
| 5212217 | + | EDI: VERIZONCOMB.COM | Oct 19 2022 22:43:00 | Verizon, P.O. Box 28000, Lehigh Valley, Pennsylvania 18002-8000 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5237360 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| Mark E. Moulton | on behalf of Debtor 1 Gary Waszcyszak markmoulton@moultonslaw.com staff@moultonslaw.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gary Waszcyszak,           Chapter     13

    **Debtor 1**

         Case No.     5:19−bk−02633−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: October 19, 2022

ordsmiss (05/18)